UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T Corp.,<br><br>                         Plaintiff,<br><br>        -against-<br><br>ATOS IT SOLUTIONS AND SERVICES, INC.,<br><br>                         Defendant. | 21-cv-04550 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On April 18, 2023, an updated Rule 7.1 Statement was filed in this case.  While this statement has since been removed from the docket, it caused the Court to re-review all Rule 7 Statements filed in this case.  Upon that review, it has come to the Court's attention that this case may present a conflict of interest for the Court.  To avoid any conflict, or the appearance of one, the Court hereby recuses itself from this action.  *See* 28. U.S.C. § 455.

Dated: April 19, 2023
        New York, New York

                                                          SO ORDERED.

                                                          _Jennifer Rochon_
                                                          JENNIFER L. ROCHON
                                                          United States District Judge