USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/26/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AT&T CORP.,

                    Plaintiff,

       - against -

ATOS IT SOLUTIONS AND SERVICES, INC.,

                 Defendant.

-----------------------------------------------------------------X

21-CV-4550 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves issues raised by the parties at Dkts. 66 and 73.

1. Having considered the reasons provided by AT&T for filing the specified pricing information under seal (*see* Dkt. 73), the application to redact/seal that information presented in Dkt. 66 is **GRANTED**.

2. The Court will separately issue a scheduling order based on the parties' somewhat divergent proposals.

The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 66 and 73.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 26, 2023
     New York, New York

Copies transmitted this date to all counsel of record.