

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Leon Medzhibovsky
leon.medzhibovsky@us.dlapiper.com
T  212.335.4630
F  917.778.8630

September 1, 2023
VIA ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023
```

Re:   **AT&T Corp. v. Atos IT Solutions and Services, Inc.** Case No. 21-cv-4550
      **Letter Motion for Approval to Redact Confidential Information**

**Dear Judge Broderick:**

We are counsel to Defendant/Counterclaim Plaintiff ("Atos") in the above-captioned action. Pursuant to the Amended Stipulated Confidentiality Order dated November 14, 2022 (the "Protective Order") and Your Honor's Individual Rule of Practice 5.B, we write to request the Court's approval to redact certain confidential information submitted in connection with Atos's Letter Regarding Motion for Leave to Amend Counterclaims. We have contacted counsel for AT&T, and they have requested the proposed redactions and that the unredacted version be filed under seal.

As indicated in the unredacted and highlighted letter and exhibits filed herewith, AT&T seeks to redact certain pricing and other information for which it believes sealing is necessary. Atos takes no position on the proposed redactions and defers to AT&T to elaborate on the need for sealing in its letter, if any, filed pursuant to Your Honor's Individual Rule of Practice 5.B.iii(a).

Should AT&T sufficiently establish the need for redactions, Atos respectfully requests that the Court permit Atos to file its letter motion in redacted form and that the redacted material be maintained by this Court under seal.

Respectfully submitted,

/s/ Leon Medzhibovsky
Leon Medzhibovsky

Based on AT&T's letter at Dkt. 101, the motion to file and maintain the documents as redacted is GRANTED.

SO ORDERED:

9/6/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE