> APPLICATION GRANTED
> SO ORDERED /s/ Vernon S. Broderick
> VERNON S. BRODERICK
> U.S.D.J.
>
> The deadline for the parties to file any objections to Judge Lehrburger's Decision and Order, dated December 11, 2023, is hereby extended to January 26, 2024.
>
> Dated: December 19, 2023

December 18, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

***Re: AT&T Corp. v. Atos IT Solutions and Services, Inc.*, No. 21-CV-4550 (VSB) (S.D.N.Y.)**

Dear Judge Broderick,

We write on behalf of both parties to the above-referenced action pursuant to Your Honor's Individual Rules & Practices in Civil Cases Section 1.G. to request an extension of the deadline for the parties to submit objections to Magistrate Judge Lehrburger's Order and Decision on Atos IT Solutions and Services, Inc.'s motion for leave to amend its counterclaims (the "Order," ECF No. 113) entered on December 11, 2023, pursuant to Fed. R. Civ. P. 72 ("Rule 72").

Currently, the parties' objections to the Order are due on December 25, 2023 (Christmas Day).[1] *See* Rule 72. In light of the upcoming holidays and certain competing professional obligations of the parties' counsel over the next few weeks, the parties jointly request an extension of time to file any objections to the Order, should they wish to do so, to and including Friday, January 26, 2024. This is the parties' first request for an extension of time to file objections and the request should not impact any other currently scheduled deadlines as the parties are conferring on an Amended Scheduling Order for the completion of discovery for Judge Lehrburger's consideration in accordance with the Order.

---

[1] Because December 25 is a legal holiday, Fed. R. of Civ. P. 6(a)(1)(C) provides that the parties' objections would be due on December 26, 2023.

December 18, 2023
Page 2

Respectfully submitted,

| **DLA PIPER LLP (US)** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: */s/ Cameron A. Fine* | By: */s/ Christos G. Papapetrou* |
| Leon Medzhibovsky | Jonathan D. Pressment |
| leon.medzhibovsky@us.dlapiper.com | jpressment@bakerlaw.com |
| Andrew J. Peck | Christos G. Papapetrou |
| andrew.peck@us.dlapiper.com | cpapapetrou@bakerlaw.com |
| Steven M. Rosato | 45 Rockefeller Plaza |
| steven.rosato@us.dlapiper.com | New York, New York 10111 |
| Cameron A. Fine | Tel: 212.847.2835 |
| cameron.fine@us.dlapiper.com | Fax: 212.589.4201 |
| 1251 Avenue of the Americas | |
| New York, New York 10020-1104 | *Attorneys for Plaintiff-Counterclaim* |
| Tel: 212.335.4500 | *Defendant AT&T Corp.* |
| Fax: 212.335.4501 | |
| *Attorneys for Defendant-Counterclaim Plaintiff Atos IT Solutions and Services, Inc.* | |