

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2023**

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Leon Medzhibovsky
leon.medzhibovsky@us.dlapiper.com
T  212.335.4630
F  917.778.8630

December 26, 2023
**VIA ECF**

Granted.

SO ORDERED:

12/26/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Honorable Robert W. Lehrburger
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York  10007

Re:   *AT&T Corp. v. Atos IT Solutions and Services, Inc.* Case No. 21-cv-4550
       **Letter Motion for Approval to Redact Confidential Information**

**Dear Judge Lehburger:**

As counsel to Defendant/Counterclaim Plaintiff ("Atos") in the above-captioned action, we write to submit to the Court an unredacted version of Atos's Answer and Amended Counterclaims of Atos IT Solutions and Services, Inc. filed on December 26, 2023 (the "Answer"), in accordance with the Amended Stipulated Confidentiality Order dated November 14, 2022 and the Appendix to Your Honor's Individual Practices in Civil Cases.  We have conferred with counsel for AT&T, and they have requested the proposed redactions and that the unredacted version be filed under seal.

As indicated in the unredacted Answer filed herewith, AT&T seeks to redact certain pricing information for which it believes sealing is necessary. Atos takes no position on AT&T's proposed redactions and defers to AT&T to elaborate on the claimed need for sealing in its letter motion, if any, filed pursuant to the instructions set forth in the Appendix to the Court's Individual Practices.

Should AT&T sufficiently establish the need for redactions, Atos respectfully requests that the Court permit Atos to file the Answer in redacted form and that the redacted material be maintained by this Court under seal.

Respectfully submitted,

/s/ Leon Medzhibovsky
Leon Medzhibovsky