```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AT&T CORP.,

                  Plaintiff,

      - against -

ATOS IT SOLUTIONS AND SERVICES, INC.,

                  Defendant.
------------------------------------------------------------X

21-CV-4550 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties' sealing requests at Dkt. 135, 139, 142, and 153 are granted. The parties shall refile documents in conformity with the more limited set of redactions as described in detail in Dkt. 153.

      The Clerk of Court is directed to terminate the letter motions at Dkt. 135, 139, 142, and 153.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: February 5, 2024
        New York, New York

Copies transmitted this date to all counsel of record.

1